**FILED**

**May 10, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003482354

2

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:      (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | ) Case No.: 09-60824-A-7 |
| | ) |
| ANTONIO CABRERA GUTIERREZ | ) DC No.: SAS-1 |
| | ) |
| | ) **MOTION FOR AUTHORIZATION TO** |
| | ) **SELL PERSONAL PROPERTY** |
| Debtor. | ) |
| | ) Date:     June 8, 2011 |
| | ) Time:     9:00 a.m. |
| | ) Dept:     A |
| | ) Judge:    Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

1.    Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2.    The above-captioned case was filed under Chapter 7 on November 5, 2009 and Sheryl A. Strain was appointed Chapter 7 Trustee.

3.    This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A).   This motion is brought pursuant to 11 U.S.C. §363.

4.    Among the assets of this estate is ½ interest in a 1998 Kenworth Truck ("Kenworth"), Vehicle Identification No. 1XKTD69X3WJ766669 with an approximate fair market value of $5,000.00.

-1-

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

5. The debtor's schedules listed the total value of the Kenworth at 10,000.00 and the debtor's ½ interest at $5,000.00. The Trustee performed her own valuation of the Kenworth at $5,000.00.

6. The Trustee has received an offer from the debtor's brother, Martin Cabrera Gutierrez, to purchase ½ interest in the non-exempt equity in the Kenworth for the total sum of Two Thousand and 00/100 Dollars ($2,000.00) cash. The total sum of $2,000.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8. I am informed and believe that the subject asset is not subject to any liens.

9. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtor's brother, Martin Carbrera Gutierrez, for the total sum of $2,000.00.

Dated: 5/2/11

_____/s/_____
Sheryl A. Strain
Chapter 7 Trustee

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY